UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  ) <br>Plaintiff, ) <br>  ) <br>vs. ) <br>  ) <br>JOSE PRECIADO-CARDENAS, ) <br>  ) <br>Defendant. ) <br>  ) | CR-11-137-FVS <br><br> Order Of Dismissal <br> With Prejudice |

Leave of court is granted for the filing of the foregoing dismissal with prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

DATED this   13th   day of February, 2012.

                                        s/ Fred Van Sickle
                                        FRED VAN SICKLE
                                        Senior United States District Judge

Order Of Dismissal With Prejudice - 1
~8777090.wpd